UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 14351
   RAHSAAN K MORGAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1079
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/09/2007 and was not confirmed.

      The case was dismissed without confirmation 10/31/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 20645.00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2864.30 | .00 | .00 |
| IL DEPT OF HEALTHCARE & | DSO ARREARS | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | DSO ARREARS | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | DSO ARREARS | NOT FILED | .00 | .00 |
| KATRINA HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 968.10 | .00 | .00 |
| BAKER MILLER MARKOFF & K | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITRON | UNSECURED | 3399.80 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT ADJUSTER | UNSECURED | NOT FILED | .00 | .00 |
| NCO MARLIN | UNSECURED | NOT FILED | .00 | .00 |
| NCO/COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIERE CREDIT OF NO AM | NOTICE ONLY | NOT FILED | .00 | .00 |
| BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| TRUST REC SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| VCA BERWYN ANIMAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| JENKISHA JOHNSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 1,200.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

      Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14351 RAHSAAN K MORGAN

```
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                           ---------------    ---------------
TOTALS                                 .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE